HONGKONG & SHANGHAI BANKING CORPORATION, Appellant, v. THE LAZARD-GODCHAUX COMPANY OF AMERICA, INC., Respondent.— Order modified by providing that plaintiff have leave to renew the motion on proper papers, and as so modified affirmed, with ten dollars costs and

disbursements to respondent. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.